No. 97–2006. WARD *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–2007. MSW INVESTMENTS *v.* CHEVRON U. S. A. INC. C. A. 5th Cir. Certiorari denied.

No. 97–2008. WEN-CHOUH LIN *v.* LIN. Ct. App. N. C. Certiorari denied.

No. 97–2009. MONSKY *v.* MORAGHAN, CONNECTICUT SUPERIOR COURT JUDGE. C. A. 2d Cir. Certiorari denied.

No. 97–2010. ARCURI ET AL. *v.* LOCAL 54 OF THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–2011. IN RE HILLIARD. Sup. Ct. Tex. Certiorari denied.

No. 97–2012. RANKIN ET UX. *v.* EVANS ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–2013. WATSON *v.* SZCZEPANIAK ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–2014. WARNER, A MINOR, BY AND THROUGH WARNER, HIS MOTHER *v.* ST. PAUL INDEPENDENT SCHOOL DISTRICT NO. 625. C. A. 8th Cir. Certiorari denied.

No. 97–2015. MONUS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–2016. ARIADNE FINANCIAL SERVICES PTY. LTD. ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 97–2017. HOOTERS OF AMERICA, INC. *v.* CAROLINA WINGS, INC. C. A. 11th Cir. Certiorari denied.

No. 97–2019. HORSLEY, SHERIFF, SAN MATEO COUNTY *v.* SANTAMARIA; and